

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2014

No. 04-14-00251-CV

Gloria J. **SANCHEZ**,
Appellant

v.

**WELLS FARGO BANK, N.A.**,
Appellee

From the County Court, Wilson County, Texas
Trial Court No. CV-03862
Honorable Marvin Quinney, Judge Presiding

# O R D E R

In this accelerated appeal, Appellee's brief is due on September 30, 2014. *See* TEX. R. APP. P. 38.6(a). On the due date, Appellee filed an unopposed first motion for extension of time to file its brief until October 20, 2014.

Appellee's motion is GRANTED. Appellee must file its brief with this court by October 20, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2014.

_____
Keith E. Hottle
Clerk of Court